1
2
3
4
5
6
7             **UNITED STATES DISTRICT COURT**
8          **NORTHERN DISTRICT OF CALIFORNIA**
9              **SAN FRANCISCO DIVISION**
10

| | |
|---|---|
| 11  KYLE HUDSON, | Case No. 14-cv-00620 NC |
| 12       Plaintiff, | **ORDER TO SHOW CAUSE RE:** |
| 13     v. | **DISMISSAL** |
| 14  MARTIN ZIEBARTH, ROBERTO RUIZ, JR., and E. MARTIN, | |
| 15 | |
| 16       Defendants. | |

17     A case management conference was held in this Court on May 14, 2014.  Plaintiff

18 Kyle Hudson was not present.  IT IS ORDERED that Hudson appear in person on June 18,

19 2014 at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco,

20 California, to show cause why this action should not be dismissed for his failure to appear at

21 the case management conference and file a case management statement, see Civil Local

22 Rule 16-9(a) and 16-10(a), and for failure to prosecute this action.  Hudson must also

23 consent or decline the jurisdiction of a magistrate judge by May 28, 2014.  See attached

24 consent/declination form.

25     IT IS SO ORDERED.

26     Date: May 14, 2014

27                             Nathanael M. Cousins
                                 United States Magistrate Judge
28