UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE HUDSON,<br><br>            Plaintiff,<br><br>    v.<br><br>MARTIN ZIEBARTH, ROBERTO RUIZ, JR., and E. MARTIN,<br><br>            Defendants. | Case No. 14-cv-00620 NC<br><br>**ORDER FINDING ORDER TO SHOW CAUSE SATISFIED**<br><br>Re: Dkt. Nos. 5, 6 |

The Court previously ordered defendant Martin Ziebarth to show cause why the removal is proper because the removal notice failed to explain the absence of a joinder in the removal by the non-removing defendants. Dkt. No. 5. Ziebarth timely responded to the order to show cause by filing an amended notice of removal which states that the non-removing defendants have not been served. Dkt. No. 6 ¶ 6. Accordingly, the Court finds that the order to show cause is satisfied.

IT IS SO ORDERED.

Date: May 14, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge