BARBARA J. PARKER, City Attorney – SBN#069722
OTIS McGEE, JR., Special Counsel, SB#71885
ARLENE M. ROSEN, Senior Deputy City Attorney – SB#100160
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6392   Fax: (510) 238-6500
arosen@oaklandcityattorney.org
29297/1443811

Attorneys for Defendants
MARTIN ZIEBARTH and
ROBERTO RUIZ

KYLE HUDSON
Plaintiff, In Propria Persona
1860 64th Avenue
Oakland, California 94621
Telephone: (510) 904-8212
Thafern86@aolcom

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KYLE HUDSON, | Case No.   C14-00620 NC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON |
| v. | |
| MARTIN ZIEBARTH, ROBERTO RUIZ, JR. E. MARTIN | |
| Defendants. | |

The parties stipulate and respectfully request the Court to continue the case management conference set for August 6, 2014 at 2:00 p.m. to **August 27, 2014** at 10:00 a.m/2:00 p.m.  Good cause exists for this continuance, as counsel for defendants inadvertently overlooked that she had previously made plans to be out on vacation August 1 through 15, 2014 when setting this further conference.

As she has a hearing set before Magistrate Judge Ryu at 1:30 p.m., August 20, 2014, August 27, 2014 is the first mutually convenient date for the proposed continued hearing. In the interim, the parties will continue to exchange information and conduct discovery. Defendant Roberto Ruiz will file an answer to the complaint by August 1, 2014.

Dated: July 30, 2014

/s/
KYLE HUDSON
Plaintiff In Propria Persona

Dated: July 30, 2014

BARBARA J. PARKER, City Attorney
OTIS McGEE, JR., Special Counsel
ARLENE M. ROSEN, Senior Deputy City Attorney

By: /s/
ARLENE M. ROSEN
Attorneys for Defendants MARTIN ZIEBARTH and ROBERTO RUIZ

## ORDER

GOOD CAUSE BEING SHOWN, the Case Management Conference set for August 6, 2014 is hereby continued to **August 27, 2014** at 2:00 ~~a.~~m./p.m. Updated case management statement due August 20, 2014.

Dated: July 31, 2014

UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins

**PROOF OF SERVICE**
Hudson vs. City of Oakland, et al.
Case No. C14-00620 NC

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One City Hall Plaza, 6th Floor, Oakland, California 94612. On the date set forth below, I served the within documents:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by Federal Express/Express Mail

☐ VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated below.

Kyle Hudson
1860 64th Avenue
Oakland, CA  94621

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 30, 2014, at Oakland, California.

_____
Audrey A. Hall