UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE HUDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN ZIEBARTH, ROBERTO RUIZ, JR., and E. MARTIN,<br><br>　　　　　Defendants. | Case No. 14-cv-00620 NC<br><br>**ORDER REGARDING EMAIL COMMUNICATION** |

This order addresses an email sent by pro se plaintiff Kyle Hudson to the Court at ncpo@cand.uscourts.gov, requesting information regarding service. Hudson is cautioned that any request for a Court order should be made by a proper motion filed with the Court, served on opposing counsel, and not by email.

The Court will take up the issue of service at the case management conference scheduled for August 27, 2014, at 2:00 p.m.

IT IS SO ORDERED.

Date: August 11, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　United States Magistrate Judge