UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE HUDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN ZIEBARTH, ROBERTO RUIZ, JR., and E. MARTIN,<br><br>　　　　　Defendants. | Case No. 14-cv-00620 NC<br><br>**ORDER SETTING STATUS CONFERENCE** |

The Court will hold a status conference by telephone on September 24, 2014, at 3:00 p.m. regarding the issue of appointing counsel for plaintiff Kyle Hudson through the Federal Pro Bono Project. *See* Dkt. No. 31. Mr. Hudson and counsel for the defendants must call the Courtroom Deputy in advance at 415.522.2039 to provide a telephone number for their appearance. If Mr. Hudson has retained counsel, his counsel must file an appearance before the status conference.

　　IT IS SO ORDERED.

　　Date: September 19, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 14-cv-00620 NC
ORDER SETTING STATUS
CONFERENCE