UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE HUDSON, | Case No. 14-cv-00620 NC |
| Plaintiff, | **ORDER RESCHEDULING STATUS CONFERENCE** |
| v. | Re: Dkt. No. 32 |
| MARTIN ZIEBARTH, ROBERTO RUIZ, JR., and E. MARTIN, | |
| Defendants. | |

Due to the failure of both parties to contact the Courtroom Deputy in advance of the telephonic status conference previously ordered by the Court, the status conference is rescheduled to October 1, 2014, at 10:00 a.m. The purpose of the conference is to address the issue of appointing counsel for plaintiff Kyle Hudson through the Federal Pro Bono Project. *See* Dkt. No. 31. Mr. Hudson and counsel for the defendants must call the Courtroom Deputy by 3:00 p.m. on September 30, 2014, at 415.522.2039 to provide a telephone number for their appearance. If Mr. Hudson has retained counsel, his counsel must file an appearance by the same deadline.

IT IS SO ORDERED.

Date: September 26, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge