UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE HUDSON, | Case No. 14-cv-00620 NC |
| Plaintiff, | **ORDER VACATING REFERRAL TO FEDERAL PRO BONO PROJECT** |
| v. | |
| MARTIN ZIEBARTH, ROBERTO RUIZ, JR., and E. MARTIN, | Re: Dkt. No. 31 |
| Defendants. | |

In light of the notice that plaintiff is now represented by counsel, Dkt. No. 37, the Court vacates its prior order referring litigant to federal pro bono project and staying proceedings pending appointment of counsel, Dkt. No. 31.

IT IS SO ORDERED.

Date: October 21, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge