Emanuel K. Hudson, Esq. (SBN 141211)
Law Offices of Hudson & Associates
9871 Irvine Center Drive
Irvine, CA 92618
PH: (949) 753-9053
FX: (949) 753-9253

Attorney for
Kyle Hudson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KYLE HUDSON,<br><br>　　　Plaintiff<br><br>v.<br><br>MARTIN ZEIBARTH, ROBERTO RUIZ, JR., and E. MARTIN<br><br>　　　Defendants. | Case No: 14-cv-00620 NC<br><br>MODIFIED<br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PLAINTIFF'S DEPOSITION; MANDATORY SETTLEMENT CONFERENCE, AND POST-SETTLEMENT CONFERENCE CASE MANAGEMENT CONFERENCE |

　　　COMES NOW, Plaintiff KYLE HUDSON and Defendants MARTIN ZEIBARTH and ROBERTO RUIZ, JR., (collectively, "Parties") by and through their respective counsel, and stipulate that the court order the relief sought herein, that parties be permitted to continue the following matters in the above-captioned case.

　　　Parties hereby stipulate that:

　　　　　　a. All flights to Oakland and/or San Francisco International Airports were cancelled on morning of 2/5/15, rendering it impossible for Plaintiff's counsel to appear for Plaintiff's noticed deposition on the same date;

1

b. Therefore, because Defendant's counsel seeks to take Plaintiff's deposition prior to the scheduled mandatory settlement conference, parties agree to continue Plaintiff's deposition to an agreed-upon date not later than thirty-five days from today, and the following subsequently scheduled hearings:

    Deadline to complete
- a. Mandatory Settlement Conference, currently set for 02/11/2015, continued to 03/25/2015.
- b. Post-Settlement Conference Case Management Conference ("CMC"), set for 02/25/2015, continued to 04/15/2015.
    - i. Parties' updated joint CMC statement due to be filed on or before 04/02/2015.
    - ii. Parties may appear telephonically for this CMC.

WHEREFORE, the undersigned pray that this court will grant the relief sought herein.

SO STIPULATED.

Date: 2-5-15

HUDSON & ASSOCIATES

By: _____
Emanuel K. Hudson, Esq.
Attorney for Plaintiff Kyle Hudson

SO STIPULATED.

Date: 2/5/15

BARBARA J. PARKER, City Attorney
OTIS MCGEE, Asst. City Atty.
ARLENE M. ROSEN, Deputy City Atty.

By: __/s/_____
Arlene M. Rosen, Esq.
Attorneys for Defendants
Roberto Ruiz, Jr. and Martin Ziebarth

[PURSUANT TO STIPULATION], IT IS SO ORDERED.

Dated: February 6, 2015

_____
Judge of the United States District Court
Northern District of California

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Nathanael M. Cousins]*