UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLE HUDSON,

        Plaintiff,

    v.

MARTIN ZIEBARTH, et al.,

        Defendants.

Case No. 14-cv-00620-NC

**CONDITIONAL DISMISSAL**

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed by July 1, 2015. All scheduled dates are VACATED.

The Court will retain jurisdiction to enforce the settlement until the completion of the settlement terms or by December 16, 2015, whichever comes first. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

**IT IS SO ORDERED.**

Dated: June 23, 2015

                                        NATHANAEL M. COUSINS
                                        United States Magistrate Judge

Case No.: 14-cv-00620-NC